**Order entered December 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00106-CR

### SUZANNE BATTLES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Criminal Court No. 5
### Dallas County, Texas
### Trial Court Cause No. MB10-50867-F

## ORDER

On October 28, 2013, this Court adopted a finding that the court reporter has received full payment for the reporter's record. We ordered court reporter Charon Evans to file the reporter's record within thirty days. To date, the record has not been filed.

Accordingly, we **ORDER** Charon Evans, official court reporter of the County Criminal Court No. 5, to file the reporter's record by **JANUARY 6, 2014**. If the record is not filed by that date, the Court will order that Charon Evans not sit as a court reporter until the record is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Etta Mullin, Presiding Judge, County Criminal Court No. 5; Charon Evans, deputy

Court Reporter, County Criminal Court No. 5; and to counsel for all parties.


        /s/      DAVID EVANS
                  JUSTICE